Sean T. Olson (WSB 6-4127)
Olson Law Firm LLC
1536 Cole Boulevard, Suite 170
Golden, CO 80401
(303)586-7297
sean@olsonlawfirm.com
*Attorney for Plaintiff David Peavy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 21-CV-193-ABJ

DAVID PEAVY

Plaintiff,

v.

AVANTIC LODGING ENTERPRISES, INC. d/b/a TRAVELODGE; and RICHARD KNIGHT

Defendants.

## NOTICE OF SETTLEMENT

Plaintiff David Peavy, by and through counsel, Olson Law Firm LLC, respectfully submits his Notice of Settlement as follows:

1. Plaintiff and Defendant have resolved this matter, and are working on finalizing a settlement of Mr. Peavy's claims.

2. Upon finalizing the settlement, the parties anticipate filing a stipulation for dismissal of all claims.

Respectfully submitted February 16, 2023.

                                                                  Respectfully submitted,

                                                                  */s/ Sean T. Olson*
                                                                  Sean T. Olson #6-4127
                                                                  Olson Law Firm LLC

1536 Cole Blvd, Ste. 170<br>
Golden, CO 80401<br>
phil@olsonlawfirm.com<br>
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on February 16, 2023, and a true and correct copy of the foregoing was sent to the following parties as indicated below:

| | |
|---|---|
| Michael Decker, Esq.<br>Eric Lee, Esq.<br>Murphy & Decker, P.C.<br>730 17th Street, Suite 925<br>Denver, CO 80202<br>*Attorney for Defendants* | [ ] CM/ECF<br>[X] ELECTRONIC MAIL |

/s/ *Sean T. Olson*
Attorney for Plaintiff